**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Alvis Luther EVANS, Defendant—Appellant.**

**No. 09–6106.**

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 19, 2009.

Decided: Dec. 1, 2009.

Thomas Peter McNamara, Federal Public Defender, Raleigh, North Carolina, for Appellant. Anne Margaret Hayes, Assistant United States Attorney, Robert Jack Higdon, Jr., Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before MOTZ, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alvis Luther Evans appeals the district court's denial of his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Evans,* No. 5:03–cr00043–H–1 (E.D.N.C. Jan. 6, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*